## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

**MATTHEW DAVID MILLER**                                       **PLAINTIFF**

    **v.**    Civil No. 05-6057

**OFFICER WILLIS, Jailer;**
**OFFICER HALPIN, Jailer;**
**OFFICER McKINNEY; OFFICER**
**DODGE, Jailer; LT. McMURRIAN;**
**SGT. ANSLY; ZACK RUSSELL,**
**Inmate; and DAMOND THOMPSON,**
**Inmate**                                                     **DEFENDANTS**

### O R D E R

Now on this 1st day of December, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #9), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims against separate defendants Zack Russell, Damond Thompson, Officer McKinney, Officer Dodge, Officer Halpin, and Lt. McMurrian are hereby **dismissed**.

**IT IS FURTHER ORDERED** that this matter is remanded to the Magistrate Judge for further report and recommendation on

plaintiff's remaining claims.

**IT IS SO ORDERED.**

                                        **/s/ Jimm Larry Hendren**
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**