**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MATTHEW DAVID MILLER**                                            **PLAINTIFF**

**v.**                                **Civil No. 05-6057**

**OFFICER WILLIS, Jailer;**
**and SGT. ANSLY**                                                 **DEFENDANTS**

**O R D E R**

Now on this 26th day of July, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #29), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' Motion for Summary Judgment (document #22) is hereby **granted and this case is dismissed.**

**IT IS SO ORDERED.**

                                                 **/s/Jimm Larry Hendren**
                                                 **HON. JIMM LARRY HENDREN**
                                                 **UNITED STATES DISTRICT JUDGE**